IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REUBEN LEWIS,<br><br>                Petitioner,<br><br>vs.<br><br>CHRISTOPHER MILLER, Superintendent,<br>Great Meadow Correctional Facility,<br><br>                Respondent. | No. 9:11-cv-00819-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 38] |

On June 19, 2014, this Court denied Reuben Lewis, a state prisoner proceeding *pro se*, habeas corpus relief and also denied a certificate of appealability. Docket Nos. 32 at 19, 33 at 1. On June 30, 2014, Lewis timely filed with this Court a notice of appeal. Docket No. 34. At Docket No. 38, Lewis filed with this Court a motion for a certificate of appealability. Because this Court has already denied Lewis a certificate of appealability, it appears that Lewis inadvertently filed his motion with this Court rather than the Court of Appeals.

**IT IS THEREFORE ORDERED THAT** the Clerk of Court is directed to transfer Lewis's Motion for a Certificate of Appealability at Docket No. 38 to the Second Circuit Court of Appeals.

Dated: August 1, 2014.

                                                                    /s/ James K. Singleton, Jr.
                                                                   JAMES K. SINGLETON, JR.
                                                       Senior United States District Judge